OPINION — AG — **** SANITY HEARING — EXPENSES PAID FROM **** EXPENSES OF COUNTY COURT MENTAL HEALTH PROCEEDINGS ARE PAYABLE OUT OF THE COUNTY GENERAL FUND WITH THE EXCEPTION OF EXPENSES FOR PROVIDING JURORS IN CERTAIN INSTANCES TO DETERMINE THE ISSUE OF MENTAL ILLNESS. CITE: 20 O.S. 1968 Supp., 1301-1311 [20-1301] — [20-1311], 43A O.S. 1961 56 [43A-56], 20 O.S. 1968 Supp., 91.1-91.6 [20-91.1] — [20-91.6] (GARY GLASGOW)